UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MARK A. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:06-CV-390 PS |
| | ) | |
| WILLIAM J. WILSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Mark A. Smith, a *pro se* prisoner, has written another letter to the Court. In it he states that he has been refunded $61.51, but that he is still owed $37.81 as repayment of the restitution that he should not have paid. He mistakenly states that this Court ordered that his money be returned to him by October 15, 2007; it did not. This Court's prior order, like this, merely orders the respondent to file a response to Smith's letter before the Court determines how to proceed.

Therefore, in order to clarify any issues that may remain unresolved and how the Court should address them, the respondent is **ORDERED** to file a response to this letter (DE 19) on or before April 30, 2008.

**SO ORDERED**.

ENTERED: March 25, 2008

/s Philip P. Simon
Philip P. Simon, Judge
United States District Court